UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>      Plaintiff, )<br>                    )<br>      v.                )<br>                    )<br>Richard PRIETO, et al., )<br>                    )<br>      Defendants. )<br>_____ ) | Case No. 2:07-cr-00304 KJM |

**APPLICATION FOR WRIT OF HABEAS CORPUS**

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
      (X) Ad Prosequendum                             ( ) Ad Testificandum

Name of Detainee:         **RICHARD PRIETO, CDC No. AL1651**
Detained at (custodian):    Deuel Vocational Institution ("DVI") Litigation Coordinator
                                      P.O. Box 400
                                      Tracy, California 95378-0400

Detainee is:     a.)     (X) charged in this district by:   (X) Indictment ( ) Information
                                                                     ( ) Petition for Supervised Release Violations

Detainee will:    a.)     (_) return to the custody of detaining facility upon termination of proceedings
      or    b.)     (X) be retained in federal custody until final disposition of federal charges.

*Appearance forthwith is necessary in the Eastern District of California for arraignment on federal drug trafficking indictment.*

                                  Signature:                 /s/ Jason Hitt
                                  Printed Name & Phone No:   Jason Hitt  916-554-2751
                                  Attorney of Record for:      United States of America

**WRIT OF HABEAS CORPUS**

      (X) Ad Prosequendum                             (_) Ad Testificandum

     The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, FORTHWITH, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: May 15, 2012.                                                                    _____
                                                                                      UNITED STATES DISTRICT JUDGE

_____
Booking or CDC #:        Richard PRIETO, CDC No. AL1651       X Male    Female
Facility Address:          Deuel Vocational Institution ("DVI") Litigation Coordinator
                                P.O. Box 400
                                Tracy, California 95378-0400
Facility Phone:             209-835-4141 ext. 6228
Currently Incarcerated For:   State murder conviction

**RETURN OF SERVICE**

Executed on   _____        By: _____
                                                          (Signature)